UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
CHANTE PRICE, as next friend to T.P.,   )
       Plaintiff,   )
          )
v.   )
          )   Civil Action No. 13-490 (RWR/AK)
DAVID E. BAILEY, JR., *et al.*,   )
       Defendants.   )
_____   )

## **ORDER**

Following this Court's April 29, 2014 Memorandum Order on Plaintiff's motion to compel documents for which there was a claim of law enforcement privilege, the Court conducted an *in camera* review of evaluative documents that were withheld by the Defendant in full or in part. Following the legal standard and case law set forth in that Memorandum Order, it is this 16th day of May, 2014,

ORDERED that Defendant shall produce a non-redacted copy of the following documents to the Plaintiff within three business days: 000043, 000047, 000049, 000054, 000063, 000068, 000079-80, 000081-85, 000097, 000116. This Court upholds Defendant's redactions on the following documents: 000039-42, 000045-46, 000115. With regard to the remaining documents, 000118-120, 000121-122, 000123-124, 000125-134, 000135-137, 000138-141, 000143- 157, within three business days, the Defendant shall identify the author(s) of the document, the position/title held by the author(s) and the subject matter of such document so that the Court may complete its *in camera* review.

                                            _____/s/_____
                                            ALAN KAY
                                            UNITED STATES MAGISTRATE JUDGE