UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
CHANTE PRICE, as next friend to T.P.,   )
       Plaintiff,   )
          )
v.   )
          )   Civil Action No. 13-490 (RWR/AK)
DAVID E. BAILEY, JR., *et al.*,   )
       Defendants.   )
_____   )

## ORDER

On May 16, 2014, this Court issued an Order regarding its rulings after an *in camera* review of evaluative documents that were withheld by the Defendant in full or in part. The Court further requested additional information regarding some of the redacted documents. Following receipt of that information, it is this 23rd day of May, 2014,

ORDERED that this Court upholds Defendant's redactions on the following documents: 000118-120, 000121-122, 000123-124, 000125-130, 000131-134, 000135-137, 000138-141, 000143-157. The Court's *in camera* review has now been completed.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE