**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANTE PRICE, as next friend of T.P., | : |
| Plaintiff, | : |
| v. | : 1:13-CV-490 (RWR-DR) |
| DAVID E. BAILEY, JR., *et al.*, | : |
| Defendant. | : |

**CONSENT MOTION BY DEFENDANTS TO CONTIUNE AUGUST 20, 2014, MEDIATION CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 6(a), Defendants District of Columbia and Ofc. Bailey respectfully move this Court to continue the August 20, 2014, 2 p.m., mediation conference to be conducted by Judge Robinson. The basis for this motion is that Defendant Bailey is out of town on vacation and it would be a hardship for him to return in time to attend the conference, as it is currently scheduled. Additional bases for this motion are set forth in the attached memorandum of points and authorities.

**CERTIFICATION REGARDING CONSENT**

Plaintiff has consented to the relief requested in this motion. .

Respectfully submitted,

IRVAN B. NATHAN
Attorney General for the District of Columbia

JONATHAN H. PITTMAN
Chief, Civil Litigation Division Section III

/s/Steven J. Anderson
STEVEN J. ANDERSON [D.C. BAR NO. 334480]
Assistant Attorney General
441 Fourth Street N.W., 6th Floor
Washington, D.C.  20001
(202)  724-6607(phone)
(202)  741-0569(fax)
Email:  Steve. Anderson@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHANTE PRICE, as next friend of T.P., | : | |
| Plaintiff, | : | |
| v. | : | 1:13-CV-490 (RWR-DR) |
| DAVID E. BAILEY, JR., *et al.*, | : | |
| Defendant. | : | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

The defendants move to continue the August 20, 2014, 2 p.m., mediation conference currently set in this case. The basis for this motion is that Defendant Bailey is out of town on vacation and it would create a hardship for him to return in time to attend. Plaintiff's counsel has consented to the relief requested in this motion. The parties have conferred with Chambers and have agreed that a good date for all parties and the Court is August 25, 2014, at 1:30 p.m. Accordingly, the defendants request that mediation be continued to August 25, 2014 at 1:30 p.m. Granting defendants' motion would not affect any other dates in this case.

Respectfully submitted,

IRVAN B. NATHAN
Attorney General for the District of Columbia

JONATHAN H. PITTMAN

        Chief, Civil Litigation Division Section III
/s/Steven J. Anderson_____
STEVEN J. ANDERSON [D.C. BAR NO. 334480]
Assistant Attorney General
441 Fourth Street N.W., 6th Floor
Washington, D.C.  20001
(202)  724-6607(phone)
(202)  741-0569(fax)
Email:  Steve. Anderson@dc.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTE PRICE, as next friend of T.P., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : 1:13-CV-490 (RWR-DR) |
| | : |
| DAVID E. BAILEY, JR., *et al.*, | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

Upon the motion of defendants motion to continue the August 20, 2014, mediation conference to August 25, 2014, at 2 p.m., the record herein, and for the reasons in the defendants' motion, it is this ___ day of August 2014,

ORDERED, that defendants' motion be Granted, and it is further

ORDERED, that the mediation conference is continued to August 25, 2014, at 2 p.m.

_____
Deborah Robinson
Magistrate Judge U.S. District Court